IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN HERNANDEZ, Petitioner, | : : : | CIVIL ACTION |
| v. | : : : | |
| LOUIS S. FOLINO, et al., Respondents. | : : | NO. 13-3515 |

**ORDER**

**AND NOW**, this 30th day of April, 2014, upon careful and independent consideration of the petition for a writ of habeas corpus, the response, the reply, and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is placed **IN SUSPENSE** until the conclusion of Hernandez's state appellate proceedings; and

3. Petitioner and Respondents **SHALL NOTIFY** the Court within thirty days of the conclusion of the state appellate proceedings in his case so that the habeas petition may proceed in this Court.

BY THE COURT:

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE, J.